# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| OPTIMORPHIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 5:23-CV-00150-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION TO STAY

Pursuant to this Court's January 15, 2016 Standing Order Regarding Proper Notification of Settlement to the Court in Cases Pending Before Judge Robert Schroeder, Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") hereby request a 30-day stay of this action to continue working on formalizing settlement papers.

This dismissal arises from a confidential third-party deal that would settle all matters in controversy between the parties.  The full details of this third-party deal have not currently been disclosed to all parties at this time.  The parties expect to file appropriate dismissal papers within thirty (30) days upon the Court's approval of this Stipulation to Stay.  If any issues arise in formalizing the settlement papers, the parties agree to submit such issues to the Court for final resolution.

Dated: May 10, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ Daniel P. Hipskind* | */s/ Betty H. Chen* |
| Dorian S. Berger (CSB 264424) | Betty H. Chen |
| Daniel P. Hipskind (CSB 266763) | LEAD ATTORNEY |
| Erin E. McCracken (CSB 244523) | Texas Bar No. 24056720 |
| BERGER & HIPSKIND LLP | Michael R. Rhodes (*pro hac vice*) |
| 9538 Brighton Way, Suite 320 | California Bar No. 319432 |
| Beverly Hills, California 90210 | DESMARAIS LLP |
| Telephone: 323-886-3430 | 101 California Street, Suite 3000 |
| Facsimile: 323-978-5508 | San Francico, CA 94111 |
| E-mail: dsb@bergerhipskind.com | P: (415) 573-1900 |
| E-mail: dph@bergerhipskind.com | F: (415) 573-1901 |
| E-mail: eem@bergerhipskind.com | BChen@desmaraisllp.com |
| | MRhodes@desmaraisllp.com |
| Elizabeth L. DeRieux | Thomas Derbish (*pro hac vice*) |
| (TX State Bar No. 05770585) | D.C. Bar No. 1766840 |
| Capshaw DeRieux, LLP | DESMARAIS LLP |
| 114 E. Commerce Avenue | 1899 Pennsylvania Avenue, NW, Suite 400 |
| Gladewater, Texas 75647 | Washington, D.C. 20006 |
| Telephone: 903-845-5770 | P: (202) 451-4900 |
| E-mail: ederieux@capshawlaw.com | F: (202) 451-4901 |
| | TDerbish@desmaraisllp.com |
| *Counsel for Plaintiff OptiMorphix, Inc.* | |
| | Melissa R. Smith |
| | Texas Bar No. 24001351 |
| | GILLAM & SMITH LLP |
| | 303 S. Washington Avenue |
| | Marshall, Texas 75670 |
| | P: (903) 934-8450 |
| | F: (903) 934-9257 |
| | melissa@gillamsmithlaw.com |
| | |
| | *Counsel for Defendant Microsoft Corporation* |

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff has met and conferred with counsel for Microsoft Corporation and this stipulation is joint.

*/s/ Daniel P. Hipskind*